**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6316**

EMMANUEL EDWARD SEWELL,

        Plaintiff - Appellant,

        v.

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND; WARDEN BOBBY
SHEARIN; MAJOR MELLOTT; CAPTAIN STOTLER; M. YACENCH; LT. DALE
SMITH; LT. GEORGE MCALPINE; LIEUTENANT MANUEL; J. GARY SINDY;
SERGEANT FORNEY; L.O. MILLER; LT. R. FRITZ; LIEUTENANT THOMAS;
J.R. MALLOW; G. MALLOW; LOWERY; J. HARTMAN; D.S. CAPLE; D.
MICHAEL; J.E. WIEMER; C. PRESTON; J. WILT; S. LIPSCOMB;
OFFICER WILSON; J.W. REIEKE; J. FARRIS; RYAN KALBAUGH; CRAIG
PETERS; LUKE GIRVIN; OFFICER ORT; OFFICER VETORAE; D.
SYVERSTAD; M. KISNER; M.E. PRICE; A. LODGSON; D.J. SMITH;
ROMESBURG; M. BUCHOLTZ,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Senior District
Judge. (8:12-cv-02656-DKC)

Submitted: July 21, 2015         Decided: July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Emmanuel Edward Sewell, Appellant Pro Se. Dorianne Avery Meloy,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,

for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Edward Sewell appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Sewell v. Office of the Attorney Gen. of Md., No. 8:12-cv-02656-DKC (D. Md. Jan. 23, 2015).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED